[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 06-16063
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
June 6, 2007
THOMAS K. KAHN
CLERK

D. C. Docket No. 05-00275-CV-WDO-5

BENJAMIN KITCHENS,

Plaintiff-Appellant,

versus

BUSTER KING,
THOMAS TREMBLE,
RICK JACOBS et al.,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Middle District of Georgia

_____

**(June 6, 2007)**

Before TJOFLAT, HULL and FAY, Circuit Judges.

PER CURIAM:

The summary judgment entered in favor of the defendants is affirmed for

the reasons set forth in the ORDER of the district court dated October 17, 2006.

**AFFIRMED.**